IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:05mc3262-A |
| Doris J. Fultz, | ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1. This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2. Brenda K. Cauley is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.


SCANNED 9/9/05

3.   The respondent, Doris J. Fultz, resides at 245 Garland Avenue, Ozark, Dale County, Alabama 36360-3458, within the jurisdiction of this court.

4.   Revenue Officer Brenda K. Cauley is conducting an investigation to facilitate collection of delinquent employment taxes of Doris J. Fultz for the taxable periods ending on the following dates:  December 31, 1997, June 30, 1998, September 30, 1998, December 31, 1998, December 31, 1999, December 31, 2000, June 30, 2001, September 30, 2001, December 31, 2001, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, December 31, 2003, March 31, 2004 and June 30, 2004, as set forth in the Declaration of Revenue Officer Brenda K. Cauley attached hereto as Exhibit 1.

5.   The respondent, Doris J. Fultz, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.   On February 17, 2005, an Internal Revenue Service summons was issued by Revenue Officer Brenda K. Cauley directing the respondent, Doris J. Fultz, to appear before Revenue Officer Brenda K. Cauley on March 10, 2005 (subsequently extended by consent to 3:30 p.m. on June 6, 2005) to testify and to produce the books, records, and other documents demanded in the summons. An attested copy of the summons was handed to the respondent,

Doris J. Fultz, on February 17, 2005. The summons is attached hereto and incorporated herein as Exhibit 2.

7. On June 6, 2005, the respondent, Doris J. Fultz, did not appear in response to the summons. Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Brenda K. Cauley attached hereto as Exhibit 1.

8. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

10. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the means of collecting the delinquent Federal tax liability of Doris J. Fultz for employment taxes for the periods ending December 31, 1997, June 30, 1998, September 30, 1998, December 31, 1998, December 31, 1999, December 31, 2000, June 30, 2001, September 30, 2001, December 31, 2001, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, December 31, 2003, March 31, 2004 and June 30, 2004, as is evidenced by the Declaration of Brenda K.

Cauley attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

1. That the Court issue an order directing the respondent, Doris J. Fultz, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Doris J. Fultz, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Brenda K. Cauley or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Brenda K. Cauley, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

                LEURA G. CANARY
                United States Attorney

By: _____
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**