IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, )
                          )
          Petitioner,     )
                          )
     v.                   ) Civil Action No. 1:05mc3262-A
                          )
DORIS J. FULTZ,           )
                          )
          Respondent.     )

**DECLARATION**

Brenda K. Cauley declares:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the means of collecting the delinquent employment tax liability of Doris J. Fultz for the taxable periods ending on the following dates: December 31, 1997, June 30, 1998, September 30, 1998, December 31, 1998, December 31, 1999, December 31, 2000, June 30, 2001, September 30, 2001, December 31, 2001, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, December 31, 2003, March 31, 2004 and June 30, 2004.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on February 17, 2005, an Internal Revenue Service summons to Doris J. Fultz, to give testimony and to produce for examination books,

Exhibit 1

papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26, U.S.C., on February 17, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Doris J. Fultz, by handing it to her, as evidenced in the certificate of service on the reverse side of the summons.

5. On June 6, 2005, the respondent, Doris J. Fultz, did not appear in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate means of collecting the delinquent Federal tax liability of Doris J. Fultz for the taxable periods ending on the following dates: December 31, 1997, June 30, 1998, September 30, 1998, December 31, 1998, December 31, 1999, December 31, 2000, June 30, 2001, September 30, 2001, December 31, 2001, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, December 31, 2003, March 31, 2004 and June 30, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19th_ day of _August_, 2005.

_____
Brenda K. Cauley
Revenue Officer