IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-MC-3262-WHA |
| | ) |
| DORIS J. FULTZ, | ) |
| | ) |
| RESPONDENT. | ) |

## NOTICE OF DISMISSAL

Comes now Petitioner, the United States of America, and hereby enters its Notice of Dismissal of the above-styled cause pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure.

Respectfully submitted this 17th day of October, 2005.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2005, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

      Doris J. Fultz
      245 Garland Avenue
      Ozark, Alabama 36360-3458

                                                            s/R. Randolph Neeley
                                          Assistant United States Attorney