**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 18, 2005

**NOTICE OF DISMISSAL PURSUANT TO RULE 41**

To:   All Parties

Re:  United States of America v. Fultz
      Civil Action No. 1:05-mc-03262-A

Dear Sirs:

    Pursuant to the Notice of Dismissal filed by the Plaintiff on October 17, 2005, this case has been closed and removed from the pending docket of this court.

Sincerely,

DEBRA P. HACKETT, CLERK

By:   /s/ Debbie Yates
      Deputy Clerk

DPH/dy